# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-25-00014-CV

**Texas Health and Human Services Commission, Appellant**

**v.**

**Marjorie Drake, Appellee**

---

### FROM THE 419TH DISTRICT COURT OF TRAVIS COUNTY
### NO. D-1-GN-19-004253, THE HONORABLE JAN SOIFER, JUDGE PRESIDING

---

## M E M O R A N D U M   O P I N I O N

Texas Health and Human Services Commission has filed an Unopposed Motion to Dismiss Appeal representing that the parties have settled the underlying litigation and filed a release of judgment in the trial court.

We grant the motion and dismiss this appeal.

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Ellis

Dismissed on Unopposed Motion

Filed: May 14, 2025